UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :    CLASS ACTION
                                         :
RADIAN SECURITIES LITIGATION             :    Master File No. 07-3375

**ORDER**

**AND NOW**, this _____ day of _____, 2010, upon consideration of the Joint Motion To Withdraw Filings and to Remove Docket Entries, it is hereby **ORDERED** that the parties' Motion is **GRANTED**.

It is hereby **ORDERED** that the following filings shall be withdrawn from the record and the corresponding entries shall be removed from the docket:

  a. Docket # 68, Defendants' Motion for Sanctions;

  b. Docket # 69, Order that Plaintiffs' Request for Extension To File Their Opposition To Defendants' Motion for Sanctions is Granted;

  c. Docket # 70, Plaintiffs' Memorandum of Law in Opposition to Motion for Sanctions;

  d. Docket # 72, Stipulation and Order that the time for defendants to file a reply brief to the 9/22/09 Memorandum of Law filed by plaintiffs in opposition to defendants' Motion for Sanctions is extended to and including 10/9/09;

  e. Docket # 74, Defendants' Motion for Leave to File Excess Pages (reply brief);

  f. Docket # 75, Defendants' Reply to Response to Motion for Sanctions;

  g. Docket # 76, Plaintiffs' Motion for Leave to File Surreply;

  h. Docket # 77, Order granting leave to file reply brief exceeding 15 pages;

  i. Docket # 78, Order granting plaintiffs' motion for leave to file a surreply;

j.  Docket # 80, Plaintiffs' Surreply in Opposition to Defendants' Motion for Sanctions;

k.  Docket # 82, Declaration of Deborah Gross, Esquire; and

l.  Docket # 86, Order rescheduling oral argument on Defendants' Motion for Sanctions.

_____
The Honorable Mary A. McLaughlin,
District Court Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :         CLASS ACTION
                                          :
RADIAN SECURITIES LITIGATION              :         Master File No. 07-3375


**JOINT MOTION TO WITHDRAW FILINGS
AND TO REMOVE DOCKET ENTRIES**

Pursuant to the agreement reached in open court on December 10, 2009, plaintiffs and defendants, by and through their undersigned counsel, move to withdraw from the record and remove from the Docket the following documents:

　　a.　Docket # 68, Defendants' Motion for Sanctions;

　　b.　Docket # 69, Order that Plaintiffs' Request for Extension To File Their Opposition To Defendants' Motion for Sanctions is Granted;

　　c.　Docket # 70, Plaintiffs' Memorandum of Law in Opposition to Motion for Sanctions;

　　d.　Docket # 72, Stipulation and Order that the time for defendants to file a reply brief to the 9/22/09 Memorandum of Law filed by plaintiffs in opposition to defendants' Motion for Sanctions is extended to and including 10/9/09;

　　e.　Docket # 74, Defendants' Motion for Leave to File Excess Pages (reply brief);

　　f.　Docket # 75, Defendants' Reply to Response to Motion for Sanctions;

　　g.　Docket # 76, Plaintiffs' Motion for Leave to File Surreply;

　　h.　Docket # 77, Order granting leave to file reply brief exceeding 15 pages;

　　i.　Docket # 78, Order granting plaintiffs' motion for leave to file a surreply;

　　j.　Docket # 80, Plaintiffs' Surreply in Opposition to Defendants' Motion for Sanctions;

k.  Docket # 82, Declaration of Deborah Gross, Esquire; and

l.  Docket # 86, Order rescheduling oral argument on Defendants' Motion for Sanctions.

Respectfully submitted,

| | |
|---|---|
| **JOHN CORTESE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | **RADIAN GROUP, INC., SANFORD A. IBRAHIM, C. ROBERT QUINT, and MARK A. CASALE** |
| By: /s/ Deborah R. Gross[*]<br>Deborah R. Gross, Esquire<br>Robert P. Frutkin, Esquire<br>Law Offices Bernard M. Gross, P.C.<br>Wanamaker Building, Suite 450<br>1100 Penn Square East<br>Philadelphia, PA  19107 | By: /s/ David Smith<br>David Smith, Esquire<br>Theresa E. Loscalzo, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103<br>215-751-2190 |
| Samuel H. Rudman, Esquire<br>David A. Rosenfeld, Esquire<br>Mario Alba, Jr., Esquire<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | |

---

[*]Electronically filed by consent pursuant to Local Rule 5.1.2(9)(c).

# CERTIFICATION PURSUANT TO
# LOCAL RULE OF CIVIL PROCEDURE 7.1(b)

      I hereby certify that the foregoing Joint Motion to Withdraw Filings and to Remove Docket Entries is uncontested.

                                       /s/ David Smith
                                       David Smith

Dated:  January 8, 2010.

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2010, a true and correct copy of the Joint Motion to Withdraw Filings and to Remove Docket Entries was sent to counsel of record as indicated:

Deborah R. Gross, Esquire
Robert P. Frutkin, Esquire
Law Offices Bernard M. Gross, P.C.
Wanamaker Building, Suite 450
1100 Penn Square East
Philadelphia, PA  19107
*(Via Electronic Case Filing, Overnight Delivery, and E-mail)*

Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Mario Alba, Jr., Esquire
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
*(Via Electronic Case Filing, Overnight Delivery, and E-mail)*

  /s/ David Smith
David Smith