IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re RADIAN SECURITIES LITIGATION | : : : | CIVIL ACTION NO. 07-3375 |
| This document relates to: All Actions | : : | MASTER FILE |

## ORDER

AND NOW, this 7th day of January, 2010, in view of the parties' statements made during oral argument on December 10, 2009, regarding the defendant's motion for sanctions (Docket No. 68), the plaintiff's opposition thereto, the defendant's reply, and the plaintiff's surreply, IT IS HEREBY ORDERED that the defendant's motion for sanctions is DENIED without prejudice. The parties agreed that the plaintiff would strike certain allegations in the amended complaint, and the defendant would withdraw its motion for sanctions.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.