IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: RADIAN SECURITIES LITIGATION | : : : | CIVIL ACTION |
| | : | NO. 07-3375 |
| This document relates to: All Actions | : : | MASTER FILE |

ORDER

AND NOW, this 30th day of April, 2010, upon consideration of the defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Docket No. 67), the plaintiffs' opposition and the defendants' reply thereto, as well as the supplemental exhibits submitted by the parties for this motion and for the defendants' first motion to dismiss, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED, and this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.